2254 ✓ 1983
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ✓ No ___
COPIES SENT TO
Court ✓ Pro Se

FILED
2007 NOV -5 PM 3:42
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

CARLOS CORONA

PRISONER/PLAINTIFF,

v.

V.W. ALMAGER, WARDEN

DEFENDANT(S).

CASE NUMBER
'07 CV 2117 BTM NLS

**DECLARATION IN SUPPORT OF REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES**

I, CARLOS CORONA, declare under penalty of perjury, that the following true and correct; that I am the prisoner-plaintiff in the above entitled case; that in support of my request to proceed without prepayment of fees under 28 U.S.C. Section 1915, I declare that because of my poverty I am unable to pay the full costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed in prison? ☐Yes ☒No

   a. If the answer is yes, state the number of hours you work per week and the hourly rate of pay:

   _____

   b. State the place of your incarceration CALIFORNIA STATE PRISON, P.O. BOX 921 - CA 92251 IMPERIAL
   Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.

2. Have you received, *within the past twelve months*, any money from any of the following sources?
   a. Business, profession or form of self-employment?     ☐Yes ☒No
   b. Rent payments, interest or dividends?                ☐Yes ☒No
   c. Pensions, annuities or life insurance payments?      ☐Yes ☒No
   d. Gifts or inheritances?                               ☐Yes ☒No
   e. Any other income (other than listed above)?          ☐Yes ☒No
   f. Loans?                                               ☐Yes ☒No

   If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: ____N/A____

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☐ Yes ☒ No

    If the answer is yes, identify each account and separately state the amount of money held in each account for each the *six (6) months prior* to the date of this declaration.

    _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No

    If the answer is yes, describe the property and state it approximate value: _____

    _____

5. In what year did you last file an Income Tax Return? __N/A__

    Approximately how much income did your last tax return reflect? __N/A__

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support: __N/A__

    _____

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a of $250,000 (18 U.S.C. Sections 1621, 3571).

__CALIFORNIA__  __IMPERIAL__
State  County (or City)

I, __CARLOS CORONA__, declare under penalty of perjury that the foregoing is true and correct

__9-20-07__  X __Carlos Corona__
Date  Prisoner/Plaintiff (Signature)

CV-60P (08/02)  **DECLARATION IN SUPPORT OF REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES**  Page

2

## PRISONER AUTHORIZATION

If my request to proceed without prepayment of filing fees is granted, I understand that I am required by statue to pay the full amount of the filing fees for this case, regardless of my forma pauperis status and the disposition of this case. I further authorize the prison officials at this institution to assess, collect and forward to the Court the full amount of the fees, in monthly payments based on the average of deposits to or balance in my prison trust account in accordance with 28 U.S.C. Section 1915.

X _____
Prisoner-Plaintiff (Signature)

## CERTIFICATE OF AUTHORIZED OFFICER

I hereby certify that the Prisoner-Plaintiff herein has credit in the sum of $ __13.50__ on account the __CSP Imperial County__ institution where Prisoner-Plaintiff is confined.

I further certify that during the past six months the applicant's average monthly balance was $ __2.25__. I further certify that during the past six months the average of monthly deposits to the applicant's account was $ __2.25__

A certified copy of the prisoner-plaintiff's trust account statement for the last six (6) months is attached.

__9-20-07__                    _____ Acct. Clerk II
Date                           Authorized Officer of Institution (Signature)

DECLARATION IN SUPPORT OF REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES
CV-60P (08/02)

```
REPORT ID: TS3030                              REPORT DATE: 03/16/07
                                               PAGE NO:     1
              CALIFORNIA DEPARTMENT OF CORRECTIONS
              CALIF. STATE PRISON, LA COUNTY
              INMATE TRUST ACCOUNTING SYSTEM
              INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: AUG. 01, 2006 THRU MAR. 16, 2007
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____ Acct. Clerk II
TRUST OFFICE

ACCOUNT NUMBER : P73876                BED/CELL NUMBER: FDB400000000127U
ACCOUNT NAME   : CORONA, CARLOS V      ACCOUNT TYPE: I
PRIVILEGE GROUP: B

## TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|------|-----------|-------------|---------|-----------|----------|-------------|---------|
| 08/01/2006 | | BEGINNING BALANCE | | | | | 0.00 |
| ACTIVITY FOR 2007 | | | | | | | |
| 03/14 | *DD30 | CASH DEPOSIT | 603597/MR | | 13.50 | | 13.50 |

## * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 03/29/00                CASE NUMBER: SCD129950
COUNTY CODE: SD                         FINE AMOUNT: $  800.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|------|--------|-------------|-------------|---------|
| 08/01/2006 | | BEGINNING BALANCE | | 592.05 |
| 03/14/07 | DR30 | REST DED-CASH DEPOSIT | 15.00- | 577.05 |

```
* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *
```

## TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 13.50 | 0.00 | 13.50 | 0.00 | 0.00 |

CURRENT
AVAILABLE
BALANCE
-----------
13.50