**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARLOS CORONA,<br><br>　　　　　　　　Petitioner,<br><br>　　v.<br><br>V. M. ALMAGER, Warden,<br><br>　　　　　　　　Respondent. | Civil No.   07-2117 BTN (NLS)<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

　　　　On November 5, 2007, Petitioner, proceeding pro se, submitted a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. On November, 9 2007, the Court notified Petitioner that his Petition was subject to dismissal for failure to satisfy the filing fee requirement. Petitioner was instructed that in order to avoid dismissal of his Petition, he must pay the filing fee or provide adequate proof of his inability to pay no later than no later than December 31, 2007.

　　　　On December 26, 2007, Petitioner filed an application to proceed in forma pauperis pursuant to this Court's Order. According to Petitioner's trust account statement, Petitioner has no funds on account at the California correctional institution in which he is presently confined. Petitioner cannot afford the $5.00 filing fee. Thus, the Court **GRANTS** Petitioner's application

/ / /

/ / /

/ / /

1 | to proceed in forma pauperis. The Clerk of the Court shall file the Petition for Writ of Habeas
2 | Corpus without prepayment of the filing fee.
3 |     **IT IS SO ORDERED.**

DATED: January 15, 2008

_____
Honorable Barry Ted Moskowitz
United States District Judge