EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
KYLE NIKI SHAFFER
Deputy Attorney General
JANELLE MARIE BOUSTANY
State Bar No. 73325
Deputy Attorney General
 110 West A Street, Suite 1100
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 645-2292
 Fax: (619) 645-2271
 Email: Janelle.Boustany@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARLOS CORONA,** | 07CV2117 BTM (NLS) |
| Petitioner and Appellant, | **ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS** |
| v. | |
| **V. M. ALMAGER, Warden,** | |
| Respondent. | |

Pursuant to this Court's Order dated January 17, 2008, Respondent V. M. Almager, a Warden of a California State Prison,[1/] by and through Respondent's attorneys, Edmund G. Brown Jr., the California Attorney General, and Janelle Marie Boustany, Deputy Attorney General, files this Answer to a Petition for Writ of Habeas Corpus ("Petition") that Carlos Corona ("Petitioner") filed on November 5, 2007, and states:

---

1. Petitioner improperly names former Attorney General Bill Lockyer as a Respondent. He should be dismissed as a Respondent.

I

Petitioner is in Respondent's lawful custody for 42 years to life in a California prison following a judgment in a criminal case.

II

The Petition raises two claims, both of which were raised in the California Supreme Court. The Petition is timely. There is no basis for the granting of habeas relief, and no basis for holding an evidentiary hearing.

III

Except as expressly admitted in this Answer, Respondent denies each and every contention and allegation of the Petition.

WHEREFORE, Respondent respectfully requests this Court deny the Petition for writ of habeas corpus with prejudice.

Dated:  February 20, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GARY W. SCHONS
Senior Assistant Attorney General

KYLE NIKI SHAFFER
Deputy Attorney General

s/Janelle M. Boustany
JANELLE MARIE BOUSTANY
Deputy Attorney General
Attorneys for Respondent

JMB:jr
80208565.wpd
SD2008700041

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **CAROLOS CORONA v. V.M. ALMAGER, WARDEN**

No.:   **07CV2117 BTM (NLS)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **February 26, 2008**, I served the attached **ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS; NOTICE OF LODGMENT IN 28 U.S.C. § 2254 HABEAS CORPUS CASE TO BE SENT TO CLERK'S OFFICE** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

**CARLOS CORONA**
CDC# P-73876
Centinela State Prison
P.O. Box 921
Imperial  CA 92251
2 Copies

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **February 26, 2008**, at San Diego, California.

Jena Ray
Declarant

Signature

80210555.wpd