1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | GARY W. SCHONS
Senior Assistant Attorney General
4 | KYLE NIKI SHAFFER
Deputy Attorney General
5 | JANELLE MARIE BOUSTANY
State Bar No. 73325
6 | Deputy Attorney General
 110 West A Street, Suite 1100
7 | San Diego, CA 92101
P.O. Box 85266
8 | San Diego, CA 92186-5266
Telephone: (619) 645-2292
9 | Fax: (619) 645-2271
Email: Janelle.Boustany@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARLOS CORONA,**<br><br>Petitioner and Appellant,<br><br>v.<br><br>**V. M. ALMAGER, Warden,**<br><br>Respondent. | 07CV2117 BTM (NLS)<br><br>**NOTICE OF LODGMENT IN 28 U.S.C. § 2254 HABEAS CORPUS CASE TO BE SENT TO CLERK'S OFFICE** |

Respondent hereby provides notice that the following documents are being lodged with this Court:

1. Lodgment Number 1: Clerk's Transcripts (2 volumes)

2. Lodgment Number 2: Reporter's Transcripts (4 volumes)

3. Lodgment Number 3: Augmented Reporter's Transcript (1 volume)

4. Lodgment Number 4: Appellant's Opening Brief

5. Lodgment Number 5: Respondent's Brief

6. Lodgment Number 6: Appellant's Reply Brief

1    7. Lodgment Number 7: California Court of Appeal Opinion

2    8. Lodgment Number 8: Appellant's Petition for Review

3    9. Lodgment Number 9: Order Denying Review

Because these lodged documents are copies, Respondent does not request that they be returned.

Dated: February 21, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GARY W. SCHONS
Senior Assistant Attorney General

KYLE NIKI SHAFFER
Deputy Attorney General

s/Janelle M. Boustany
JANELLE MARIE BOUSTANY
Deputy Attorney General
Attorneys for Respondent

JMB:jr
80209362.wpd
SD2008700041