# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS CORONA,<br><br>                           Petitioner,<br><br>      v.<br><br>V. M. ALMAGER, Warden,<br><br>                           Respondent. | Civil No.   07cv2117 BTM (NLS)<br><br>**ORDER DIRECTING RESPONDENT<br>TO LODGE ADDITIONAL RECORDS** |

Petitioner has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 225 in which he alleges the prosecutor's use of peremptory strikes of potential jurors to exclude African Americans violated his federal Constitutional rights. Upon review of the lodgments submitted in this case, it has come to the Court's attention that the peremptory strikes were not done in open court and are therefore not contained in the transcript of the voir dire conducted in Petitioner's state trial. A review of the proceedings indicates the peremptory strikes were written on a piece of paper which is not currently contained in the record. The document reflecting the peremptory strikes exercised by counsel is necessary to the resolution of Petitioner's claims. Accordingly, the Court **ORDERS** Respondent to lodge a copy of the document containing the peremptory strikes exercised by counsel **no later than <u>October 20, 2008</u>**.

**IT IS SO ORDERED.**

DATED: August 13, 2008

                                                                     */s/ Nita L. Stormes*
                                                            Hon. Nita L. Stormes
                                                            U.S. Magistrate Judge